■ The People of the State of New York, Appellant, v. Jerry Fasolino, Respondent.— Appeal by People unanimously dismissed on the

ground that the order is not appealable. (See *People* v. *Trudeau,* 16 A D 2d 886.) (Appeal by People from order of Erie County Court dismissing the indictment for criminal contempt.) Present — Williams, P. J., Bastow, Halpern and McClusky, JJ.